1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI YOUNG,<br><br>          Plaintiff,<br><br>     v.<br><br>SUN LIFE AND HEALTH INSURANCE COMPANY,<br><br>          Defendant. | Case No.: 1:15-cv-00822 LJO JLT<br><br>PRELIMINARY SCHEDULING ORDER AND ORDER SETTING FURTHER SCHEDULING CONFERENCE |

Based upon issues raised in the joint scheduling report and after further discussion at the scheduling conference, the Court **ORDERS**:

    1.    **No later than October 11, 2016**, the defendant **SHALL** produce the administrative record to the plaintiff.  This production **SHALL** constitute the defendant's initial disclosures under Rule 26;

    2.    **No later than November 23, 2016**, the plaintiff **SHALL** produce to the defendants documents she believes should be included in the administrative record, if any.  This production, if any, **SHALL** constitute the plaintiff's initial disclosures under Rule 26;

///
///
///
///

1

3. The Court sets a further scheduling conference on November 28, 2016 at 9:00 a.m. at the United States Courthouse, located at 510 19th Street, Bakersfield, CA. Appearances via the CourtCall service are authorized.  No further joint scheduling report need be filed but counsel **SHALL** be prepared to discuss proposed dates for the completion of this case.

IT IS SO ORDERED.

Dated:   **September 12, 2016**                          **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE