# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI YOUNG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SUN LIFE AND HEALTH INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No. 1:16-cv-00822-LJO-JLT<br><br>**ORDER DENYING REQUEST TO AMEND THE CASE SCHEDULE WITHOUT PREJUDICE**<br><br>**(Doc. 23)** |

Counsel have stipulated to amend the case schedule based upon the defendant's expressed intent to file a motion for protective order to prevent the depositions of two employees of the defendant and a treating physician. (Doc. 23 at 2)  However, because the defendant has not complied with the requirements of the scheduling order (Doc. 21 at 2-3), which is the precursor to filing a motion to compel, any consideration of amending the case schedule is not ripe. Thus, the Court **ORDERS**:

　　1.　　The stipulation to amend the case schedule (Doc. 23) is **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

　　Dated:　**March 30, 2017**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE