**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICKI YOUNG, | Case No. 1:16-cv-00822-LJO-JLT |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER REGARDING TRIAL BRIEFS** |
| vs. | (Doc. 30) |
| SUN LIFE AND HEALTH INSURANCE COMPANY, | |
| Defendant. | |

Based upon the stipulation of counsel, the Court **ORDERS** the scheduling order is amended as follows:

1.      Responding briefs **SHALL** be filed no later than **September 5, 2017**.

**No other modifications to the case schedule are authorized.**

IT IS SO ORDERED.

Dated:   **July 25, 2017**              _/s/ Jennifer L. Thurston_
                                       UNITED STATES MAGISTRATE JUDGE