Glenn R. Kantor – State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
Andrew M. Kantor – State Bar No. 303093
 E-mail: akantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiffs,
VICKI YOUNG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI YOUNG,<br><br>          Plaintiffs,<br><br>     v.<br><br>SUN LIFE AND HEALTH INSURANCE COMPANY,<br><br>          Defendants. | **Case No. 1:16-cv-00822-LJO-JLT**<br><br>**STIPULATION TO CONTINUE TRIAL BRIEFING SCHEDULE**<br>**(Doc. 34)** |

The parties hereto, Plaintiff Vicky Young ("Plaintiff"), and Defendant Sun Life and Health Insurance Company ("Sun Life"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, pursuant to this Court's Further Scheduling Order (Dkt. #21), Opening Briefs are presently due August 1, 2017; and

WHEREAS, pursuant to Judge Thurston's signed Order granting the parties Stipulation to Amend Scheduling Order Regarding Trial Briefs (Dkt. 30), the Responding Briefs are now due September 5, 2017; and

WHEREAS, the parties have still not resolved all discovery disputes, despite the assistance of Magistrate Thurston; and

1  WHEREAS, Plaintiff's counsel was under the mistaken impression that trial briefing had
2  been postponed as a result of the aforementioned discovery disputes; and
3  WHEREAS, the parties are desirous of continuing the trial briefing schedule for a period
4  of forty-nine (49) days and defendant has no objection to the request;
5  NOW, THEREFORE, the parties stipulate to and request the Court to continue the deadline
6  for the parties to file their opening trial briefs to September 19, 2017, and to continue the deadline to
7  file responding briefs to October 17, 2017, with a new trial date of November 14, 2017 or a date
8  convenient to the court's calendar.

DATED: July 27, 2017                           KANTOR & KANTOR, LLP

                                               By    */s/ Andrew M. Kantor*
                                                   Andrew M. Kantor
                                                   Attorneys for Plaintiff
                                                   VICKI YOUNG

DATED: July 27, 2017                           HINSHAW & CULBERTSON LLP

                                               By:   */s/ Adam B. Rucker*
                                                   Adam B. Rucker
                                                   Attorneys for Defendant
                                                   Sun Life Health and Insurance Company
                                                   (U.S.), erroneously sued as Sun Life and
                                                   Health Insurance Company

### *Filer's Attestation*

*The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.*

**ORDER**

Based on the parties' Stipulation and good cause appearing, the deadline for the parties to file their opening trial briefs shall be continued to September 19, 2017, and the deadline to file responding trial briefs will be continued to October 17, 2017. Upon the expiration of the responding brief deadline, if it appears from the papers that a hearing/bench trial would be helpful or necessary, the Court will set one at a date convenient for the Court's calendar. Alternatively, the parties may explicitly waive the right to a hearing/bench trial in their briefs.

**The Court contemplates absolutely no further amendments to the briefing schedule.**

IT IS SO ORDERED.

Dated: **July 27, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE