UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI YOUNG,<br><br>        Plaintiff,<br><br>vs.<br><br>SUN LIFE AND HEALTH INSURANCE COMPANY,<br><br>        Defendant. | Case No. 1:16-cv-00822-LJO-JLT<br><br>(Honorable Lawrence J. O'Neill)<br><br>**ORDER EXTENDING TIME WITHIN WHICH TO SUBMIT A PROPOSED JUDGMENT**<br><br>Current Date: February 7, 2018<br>Proposed Date: February 21, 2018<br>Complaint Filed: June 13, 2016 |

1     This Court has considered the parties' stipulation to extend time to submit a proposed judgment. For good cause shown, the Court grants the Parties' request for an extension of time, up to and including February 21, 2018, to submit a proposed judgment as set forth in the Court's Findings of Fact and Conclusions of Law (Docket # 48).

IT IS SO ORDERED.

    Dated: **February 6, 2018**      **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES CHIEF DISTRICT JUDGE