# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI YOUNG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SUN LIFE AND HEALTH INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No. 1:16-cv-00822-LJO-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>**(Doc. 52)** |

　　　　The parties report they had come to terms of settlement. (Doc. 52) They indicate they will seek dismissal of the action within 45 days. Id. at 2. Thus, the Court **ORDERS**:

　　　　1.　　　　The stipulation to dismiss the action **SHALL** be filed **no later than March 30, 2018**;

　　　　2.　　　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　　Dated:　**February 22, 2018**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE